# EXHIBIT "D"

**Rafael Martinez x5252**

| | |
|---|---|
| **From:** | Risma Saragih x5051 |
| **Sent:** | Wednesday, November 14, 2012 10:32 AM |
| **To:** | vck1@att.net; vckatsafanas@yahoo.com |
| **Cc:** | Carlos Leach x5091 |
| **Subject:** | RE: 1434914 Pereira, Luiz vs. Perfumeland: URGENT! |

Mr. Katsafanas,
I left you another voice message.
Please contact us today re: settlement agreement.
Thank you.

Risma D. Saragih
*Paralegal to Carlos Leach, Esq.*
*Wage and Hour Department*
*Direct: (407) 418 2096 or Ext. 5051*

---

**From:** Risma Saragih x5051
**Sent:** Monday, November 12, 2012 4:45 PM
**To:** vck1@att.net; vckatsafanas@yahoo.com
**Subject:** RE: 1434914 Pereira, Luiz vs. Perfumeland: tomorrow?

Mr. Katsafanas,
Pursuant to the Case Management Order, the mediation report needs to be filed within 5 days of the mediation. However, since the case is now settled we need to notify the Court as soon as possible. Or otherwise the Court will require us to file a status.
Can you get your client sign the settlement agreement tomorrow? I will do the same if you approve the settlement agreement.
Let me know as soon as possible.
Thank you.

Risma D. Saragih
*Paralegal to Carlos Leach, Esq.*
*Wage and Hour Department*
*Direct: (407) 418 2096 or Ext. 5051*

---

**From:** Risma Saragih x5051
**Sent:** Monday, November 12, 2012 3:17 PM
**To:** vck1@att.net; vckatsafanas@yahoo.com
**Cc:** Carlos Leach x5091
**Subject:** RE: 1434914 Pereira, Luiz vs. Perfumeland:

Mr. Katsafanas,
I left you a voice message.
Let me know if you approve the Settlement Agreement and Joint Dismissal.
Look forward to hearing from you soon.
Thank you.

Risma D. Saragih

1

*Paralegal to Carlos Leach, Esq.*
*Wage and Hour Department*
*Direct: (407) 418 2096 or Ext. 5051*

---

**From:** Risma Saragih x5051
**Sent:** Friday, November 09, 2012 12:28 PM
**To:** vck1@att.net; vckatsafanas@yahoo.com
**Subject:** RE: 1434914 Pereira, Luiz vs. Perfumeland:

Any word?

Risma D. Saragih
*Paralegal to Carlos Leach, Esq.*
*Wage and Hour Department*
*Direct: (407) 418 2096 or Ext. 5051*

---

**From:** Risma Saragih x5051
**Sent:** Tuesday, November 06, 2012 2:27 PM
**To:** vck1@att.net; vckatsafanas@yahoo.com
**Subject:** 1434914 Pereira, Luiz vs. Perfumeland:

Mr. Katsafanas,
Attached are the drafted Settlement Agreement and Joint Dismissal. Let me know if you approve both.
I also attached our firm's W-9.
Look forward to hearing from you soon.
Thank you.

### Risma D. Saragih
*Litigation Paralegal to Carlos Leach, Esq.*
Morgan & Morgan, P.A.
20 North Orange Avenue
Wells Fargo Building, 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
(800) 454 6825 ext. 5051 ~ toll free
(407) 418-2096 ~ direct line
(407) 245–3341 ~ fax
rsaragih@forthepeople.com
Visit us online at http://www.forthepeople.com

2