**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUIZ PEREIRA,

      Plaintiff,

vs.                                                                  CASE NO. 6:12-CV-527-ORL-19TBS

PERFUMELAND OF ORLANDO,
INC.,

      Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 29, filed March 5, 2013). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 29) is **ADOPTED and AFFIRMED.** The Joint Stipulation for Dismissal with Prejudice (Doc. No. 28, filed March 5, 2013) is **GRANTED.** The Court **DECLINES** to address in this case any future motions to approve or enforce any settlement agreement the parties may make to settle this case. This case is **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to **CLOSE THIS FILE.**

**DONE AND ORDERED** at Orlando, Florida, this ___27th___ day of March, 2013.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record